IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARIA ABREU**, | * |
| Plaintiff | * |
| v. | * Case Number: RWT 08cv2635 |
| **COUNTRYWIDE BANK**, **et al.**, | * |
| Defendants | * |

### ORDER

Upon consideration of the numerous pending motions, the responses and replies thereto, and the arguments of counsel presented at the hearing conducted before the undersigned on July 22, 2009, for the reasons stated on the record, it is this 23rd day of July, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants Bank of America Corp., Countrywide Bank, and Countrywide Home Loans, Inc.'s Motion To Dismiss, Or in the Alternative, For Summary Judgment [Paper No. 14] is **GRANTED;** and it is further

**ORDERED,** that Federal Housing Finance Agency's Motion To Intervene and Substitute On Behalf of Freddie Mac [Paper No. 16] is **GRANTED;** and it is further

**ORDERED,** that Defendant Federal Housing Finance Agency's Motion To Dismiss the Complaint for Lack of Subject Matter Jurisdiction [Paper No. 17] is **GRANTED;** and it is further

**ORDERED**, that Plaintiff's Motion To Certify Class [Paper No. 6] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiff's Motion That Judicial Notice Be Taken of Treasury Secretary and FHFA Director's Statements Dated 09/07/2008 [Paper No. 12] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion That Judicial Notice Be Taken of Freddie Mac's Form 8-K Filed 11/14/08 With the SEC [Paper No. 13] is **DENIED**; and it is further

**ORDERED**, that Defendants' Motion To Strike Motion To Certify Class [Paper No. 15] is **DENIED AS MOOT;** and it is further

**ORDERED,** that Defendant Federal Housing Finance Agency's Motion In Support of Defendants' Motion To Strike [Paper No. 18] is **DENIED AS MOOT**; and it is further

**ORDERED,** that Plaintiff's Motion to Deposit Funds [Paper No. 22] is **DENIED**; and it is further

**ORDERED**, that Plaintiff's Motion That Judicial Notice Be Taken of Hon. Robert M. Bell's July 7, 2008 Letter To Maryland Attorneys [Paper No. 23] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion That Judicial Notice Be Taken of Freddie Mac Seller/Servicer Guide [Paper No. 24] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion That Judicial Notice Be Taken of Court Records [Paper No. 25] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion for Partial Summary Judgment Regarding Defendant Countrywide Having Payment ARM'ed Same Property, Same Homeowner, and Having Set Her Up To Have Mortgage Problems [Paper No. 44] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion to Amend/Correct Complaint to Add Plaintiff William Bell [Paper No. 45] is **WITHDRAWN by agreement of all parties**; and it is further

**ORDERED,** that Plaintiff's Motion to Compel Defendants to Supply Document Mentioned in Affidavit as Being Attached To Their Motion To Dismiss But Which Defendants Omitted To File [Paper No. 46] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion in Limine To Exclude, For Lack of Relevance, Exhibits Submitted By the Countrywide Defendants Not Connected-Up To Any Defendant [Paper No. 60] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion That Judicial Notice Be Taken of the Securities and Exchange Commission's Complaint Filed June 2009 [Paper No. 65] is **DENIED**; and it is further

**ORDERED,** that Plaintiff's Motion for Leave To File Memorandum As To 12 U.S.C. § 4638 [Paper No. 69] is **DENIED**; and it is further

**ORDERED,** that a judgment for costs shall be entered for Defendants; and it is further

**ORDERED,** that the Clerk is directed to close the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE