### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **MARIA N. ABREU**, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case Number: RWT 08cv2635 |
| | * | |
| **COUNTRYWIDE BANK, FSB**, | * | |
| **et al.,** | * | |
| | * | |
| Defendants | * | |
| | ***** | |

### ORDER

Upon consideration of Plaintiff's Motion To Alter Or Amend Judgment As To Interpretation of the Clean Hands Doctrine [Paper No. 72] , and the responses thereto, for the reasons stated in the foregoing memorandum opinion,  it is this 2nd day of September, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion To Alter Or Amend Judgment As To Interpretation of the Clean Hands Doctrine [Paper No. 72] is **DENIED.**

                                                        /s/
                                              ROGER W. TITUS
                                       UNITED STATES DISTRICT JUDGE