IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| MARIA N. ABREU, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 8:08-cv-02635-RWT |
| v. | ) | |
| | ) | |
| COUNTRYWIDE BANK, FSB, *et al.,* | ) | Notice of Appeal |
| | ) | |
| Defendants. | ) | |
| | ) | |

      Notice is hereby given that Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Fourth Circuit:

      from the Order [paper no. 71] dated July 23, 2009 regarding:

            the granting of Defendants' Motion To Dismiss, Or in the Alternative, For Summary Judgment [paper no. 14] which was granted in the form of summary judgment [*see* July 22, 2009 transcript, 63:23-64:2];

            the denial of Plaintiff's Motion That Judicial Notice Be Taken of Hon. Robert M. Bell's July 7, 2008 Letter to Maryland Attorneys [paper no. 23];

            the denial of Plaintiff's Motion That Judicial Notice be Taken of Freddie Mac Seller/Servicer Guide [paper no. 24];

            the denial of Plaintiff's Motion That Judicial Notice Be Taken of Court Records [paper no. 25];

            the denial of Plaintiff's Motion That Judicial Notice Be Taken of the Securities and Exchange Commission's Complaint Filed June 2009 [paper no. 65];

from the Memorandum Opinion dated September 2, 2009 [paper no. 76] and the Order [paper no. 77] dated September 2, 2009 denying Plaintiff's Motion To Alter or Amend Judgment As To Interpretation of the Clean Hands Doctrine [paper no. 72]; and,

from the Order [paper no. 71] dated July 23, 2009 regarding the premature substitution of the intervenor, Federal Housing Finance Agency ("FHFA"), for Defendant Freddie Mac.

Date:   October 1, 2009                     Respectfully submitted,

/s/ Mary E. Goulet
_____
Mary E. Goulet (Bar No. 06817)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
Mary@wcc-ip.com

## CERTIFICATE OF SERVICE

I certify that on this 1st October, 2009, I caused the foregoing NOTICE OF APPEAL to be electronically filed.

/s/ Mary E. Goulet
_____
Mary E. Goulet (Bar No. 06817)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)
Mary@wcc-ip.com